```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                              CASE NO. 08 B 03247
   JUSTINE J NEWBURG
   ROBERT A NEWBURG                                 CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER
           Debtor
   SSN XXX-XX-6632    SSN XXX-XX-5551


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 03/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00          .00          .00
NATIONAL CITY MORTGAGE    SECURED NOT I    27489.71          .00          .00
COUNTRYWIDE HOME LOANS I  CURRENT MORTG         .00          .00          .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE    33000.00          .00          .00
SUMMIT FIELDS OF WHEATLA  CURRENT MORTG         .00          .00          .00
SUMMIT FIELDS OF WHEATLA  MORTGAGE ARRE     3468.00          .00          .00
ANDERSON & ASSOC          DEBTOR ATTY           .00                       .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------       --------------
TOTALS                      .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```