```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03247
   ROBERT A NEWBURG
   JUSTINE J NEWBURG                          CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5551      SSN XXX-XX-6632


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 02/13/08 .

   2.   The case was converted to Chapter 7 without confirmation, 04/30/2008.

   3.   The Debtor paid a total of $   1688.00 .

   4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| SUMMIT FIELDS OF WHEATLA | SECURED | .00 | .00 | .00 |
| SUMMIT FIELDS OF WHEATLA | SECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| ACS STUDENT LOAN | UNSECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGIATE FUNDING SERVI | UNSECURED | NOT FILED | .00 | .00 |
| BHARATI B SHAH MD | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ELK GROVE DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MINITEX | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WFNNB/HARLEM FURNITURE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |

```
INTEREST PAID                    .00         .00            .00           .00          .00
TOTAL PAID                       .00         .00            .00           .00          .00
```

The Debtor's attorney, ANDERSON & ASSOC                , was allowed $   2500.00
and was paid $   1500.00   direct and $   1000.00   through the plan.

The Trustee received $       61.57 .

Refunds to the Debtor totaled $    626.43 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/26/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




PAGE   2
CASE NO. 08 B 03247 ROBERT A NEWBURG & JUSTINE J NEWBURG